**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  §  Case No. 08-32159-CAD
   §
KEYSTONE MECHANICAL  §
INDUSTRIES INC.  §
   §
   §
   Debtor

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/24/2008. The undersigned trustee was appointed on 12/16/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $453,045.77

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $24,469.51 |
    | Bank service fees | $1,657.29 |
    | Other Payments to creditors | $316,420.87 |
    | Non-estate funds paid to 3rd Parties | $12,655.59 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $97,842.51 |

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

      The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/04/2009 and the deadline for filing government claims was 07/20/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,902.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $25,270.99, for a total compensation of $25,270.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $8.30, for total expenses of $8.30.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/31/2012                          By:   /s/ David P. Leibowitz
                                                                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Date Filed (f) or Converted (c): | 11/24/2008 (f) |
| For the Period Ending: | 7/31/2012 | §341(a) Meeting Date: | 04/15/2009 |
| | | Claims Bar Date: | 05/04/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1　Insurance Refund Check/ West Field Insurance (u) | $93,304.73 | $93,304.73 | | $93,304.73 | FA |
| **Asset Notes:**　Check was never deposited in Trustee's account. Insurance Refund Check was paid directly to Bank of America - Per dpl 03/10/09 | | | | | |
| 2　Vehicles Trailers/ All tangible personal propert | $0.00 | $207,000.00 | | $230,000.00 | FA |
| 3　Rand-Tec Insurance Agency Inc/Refund (u) | $0.00 | $5,663.00 | | $5,663.00 | FA |
| **Asset Notes:**　May be subject to lien in favor of bank | | | | | |
| 4　Destiny Health/Refund (u) | $0.00 | $16,044.06 | | $16,044.06 | FA |
| **Asset Notes:**　May be subject to lien in favor of bank | | | | | |
| 5　COMED/Refund (u) | $0.00 | $1,119.78 | | $1,119.78 | FA |
| **Asset Notes:**　May be subject to lien in favor of bank | | | | | |
| 6　Refunds | $0.00 | $2,484.34 | | $2,484.34 | FA |
| 7　Fee for records | $0.00 | $20.00 | | $20.00 | FA |
| 8　Banner Plumbing Supply Co., Inc | $6,929.53 | $6,929.53 | | $6,829.53 | FA |
| 9　Blackman Kallick Preferential Payment (u) | $0.00 | $47,101.49 | DA | $30,698.15 | FA |
| 10　10-02378 Leibowitz v. ADT Security Services, Inc. f/k/a ADT Security Sys | $0.00 | $3,104.79 | DA | $1,000.00 | FA |
| 11　10-02379 Leibowitz v. Allen's Corner Garage & Towing Service, Inc | $0.00 | $2,000.00 | DA | $750.00 | FA |
| 12　10-02380 Leibowitz v. Cap Capital, Inc. d/b/a Cimco Communications, Inc | $0.00 | $2,126.28 | DA | $850.51 | FA |
| 13　10-02382 Leibowitz v. Enterprise Fleet Management, LLC et al | $0.00 | $26,361.82 | DA | $0.00 | FA |
| 14　10-02383 Leibowitz v. Ferguson Enterprises, Inc | $0.00 | $20,309.60 | DA | $0.00 | FA |
| 15　10-02384 Leibowitz v. Goode Industries, Inc. d/b/a M. Cooper Supply | $0.00 | $37,387.63 | DA | $8,000.00 | FA |
| 16　10-02385 Leibowitz v. Secure Tool & Fasteners, Co et al | $0.00 | $2,226.63 | DA | $0.00 | FA |
| 17　10-02386 Leibowitz v. Seyfarth Shaw LLP | $0.00 | $4,057.50 | DA | $1,500.00 | FA |
| 18　10-02388 Leibowitz v. Michael Wagner & Sons, Inc | $0.00 | $5,043.20 | DA | $0.00 | FA |
| 19　10-02390 Leibowitz v. Williams Scotsman, Inc | $0.00 | $2,681.26 | DA | $1,200.00 | FA |
| 20　AXA Equitable Life Insurance Company | $0.00 | $53,541.34 | DA | $53,541.34 | FA |
| INT　Interest Earned (u) | Unknown | Unknown | DA | $40.33 | FA |

FORM 1

Page No: 2

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| **Case No.:** | 08-32159-CAD | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | | **Date Filed (f) or Converted (c):** | 11/24/2008 (f) |
| **For the Period Ending:** | 7/31/2012 | | **§341(a) Meeting Date:** | 04/15/2009 |
| | | | **Claims Bar Date:** | 05/04/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$100,234.26            $538,506.98                                    $453,045.77            $0.00

**Major Activities affecting case closing:**
To employ Jim Babowice -09/29/09
Last preference almost completed - Tax return and then TFR hopefully by end of year.
Inquiring as to tax status.

**Initial Projected Date Of Final Report (TFR):**   01/30/2011                          /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**   11/01/2012                          DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 08-32159-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** KEYSTONE MECHANICAL INDUSTRIES INC. | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** ******5730 | **Money Market Acct #:** | ******7565 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Money Market Account |
| **For Period Beginning:** 11/24/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 7/31/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | 9999-000 | $27,694.87 | | $27,694.87 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.32 | | $27,696.19 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.65 | | $27,697.84 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $1.17 | | $27,699.01 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $27,699.01 | $0.00 |
| | | | **TOTALS:** | | $27,699.01 | $27,699.01 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $27,694.87 | $27,699.01 | |
| | | | **Subtotal** | | $4.14 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4.14 | $0.00 | |

| For the period of 11/24/2008 to 7/31/2012 | | For the entire history of the account between 04/06/2010 to 7/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $4.14 | Total Compensable Receipts: | $4.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4.14 | Total Comp/Non Comp Receipts: | $4.14 |
| Total Internal/Transfer Receipts: | $27,694.87 | Total Internal/Transfer Receipts: | $27,694.87 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $27,699.01 | Total Internal/Transfer Disbursements: | $27,699.01 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-32159-CAD | |
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | |
| **Primary Taxpayer ID #:** | ******5730 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/24/2008 | |
| **For Period Ending:** | 7/31/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Checking Acct #:** | ******7566 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********7566 | 9999-000 | $645.41 | | $645.41 |
| 05/14/2010 | 10103 | Crestwood Associates, L.L.C. | Computer Consultant's - Invoice No. 0020795 | 3731-000 | | $375.00 | $270.41 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $270.41 | $0.00 |
| | | | **TOTALS:** | | $645.41 | $645.41 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $645.41 | $270.41 | |
| | | | **Subtotal** | | $0.00 | $375.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $375.00 | |

| **For the period of 11/24/2008 to 7/31/2012** | | **For the entire history of the account between 04/06/2010 to 7/31/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $645.41 | Total Internal/Transfer Receipts: | $645.41 |
| | | | |
| Total Compensable Disbursements: | $375.00 | Total Compensable Disbursements: | $375.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $375.00 | Total Comp/Non Comp Disbursements: | $375.00 |
| Total Internal/Transfer Disbursements: | $270.41 | Total Internal/Transfer Disbursements: | $270.41 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5730 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $56,356.46 | | $56,356.46 |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $270.41 | | $56,626.87 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $17.69 | $56,609.18 |
| 07/08/2011 | (17) | SEYFARTH SHAW, LLC | Settlement payment. | 1141-000 | $1,500.00 | | $58,109.18 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $81.12 | $58,028.06 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $93.63 | $57,934.43 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $96.50 | $57,837.93 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $87.31 | $57,750.62 |
| 11/07/2011 | (20) | AXA Equitable Life Insurance Company | life Insurance Cash value. | 1129-000 | $53,541.34 | | $111,291.96 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $151.50 | $111,140.46 |
| 12/01/2011 | (15) | M. Cooper Supply | Settlement | 1141-000 | $8,000.00 | | $119,140.46 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $191.84 | $118,948.62 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $191.94 | $118,756.68 |
| 02/16/2012 | 5001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $92.41 | $118,664.27 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $179.25 | $118,485.02 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $197.36 | $118,287.66 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $178.56 | $118,109.10 |
| 05/01/2012 | 5002 | Illinois Department of Revenue | 2011 Amended Illinois Corporation Income and Replacement Tax Return. | 2820-000 | | $20,076.00 | $98,033.10 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $190.59 | $97,842.51 |
| | | | **TOTALS:** | | $119,668.21 | $21,825.70 | $97,842.51 |
| | | | Less: Bank transfers/CDs | | $56,626.87 | $0.00 | |
| | | | Subtotal | | $63,041.34 | $21,825.70 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $63,041.34 | $21,825.70 | |

| For the period of 11/24/2008 to 7/31/2012 | | For the entire history of the account between 06/29/2011 to 7/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $63,041.34 | Total Compensable Receipts: | $63,041.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $63,041.34 | Total Comp/Non Comp Receipts: | $63,041.34 |
| Total Internal/Transfer Receipts: | $56,626.87 | Total Internal/Transfer Receipts: | $56,626.87 |
| | | | |
| Total Compensable Disbursements: | $21,825.70 | Total Compensable Disbursements: | $21,825.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,825.70 | Total Comp/Non Comp Disbursements: | $21,825.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******7565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/30/2009 | (2) | Auction Specialist | 10% of the purchase price | 1129-000 | $23,000.00 | | $23,000.00 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.03 | $22,999.97 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.03) | $23,000.00 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond Premium | 2300-000 | | $19.90 | $22,980.10 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond Premium | 2300-003 | | ($19.90) | $23,000.00 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.78 | | $23,000.78 |
| 03/09/2009 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-32159 | 2300-000 | | $28.74 | $22,972.04 |
| 03/12/2009 | | West Field Insurance | Insurance Refund Check Policy No. WCP4079570 | * | | | $22,972.04 |
| | {1} | | Insurance Refund Check $93,304.73 | 1290-000 | | | $22,972.04 |
| | | | Bank of America Per DPL $(93,304.73) | 7100-000 | | | $22,972.04 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.00 | | $22,973.04 |
| 03/31/2009 | | Chase | Withholding | 2810-000 | | $0.28 | $22,972.76 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.93 | | $22,973.69 |
| 05/18/2009 | (2) | Auction Specialists | payment for Vehicles Trailers/ All tangible personal property per dpl | 1129-000 | $207,000.00 | | $229,973.69 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.72 | | $229,977.41 |
| 06/01/2009 | 1004 | CNH Capital | To release interest in KX121-3 -Kubota Excavator Ser#20418 | 4210-000 | | $12,306.03 | $217,671.38 |
| 06/03/2009 | 1005 | Bank of America | Per court order /entered on 4/23/2009 | 4210-000 | | $210,810.11 | $6,861.27 |
| 06/22/2009 | | To Account #********7566 | To cut checks per David's instructions | 9999-000 | | $2,000.00 | $4,861.27 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.16 | | $4,863.43 |

**SUBTOTALS** $230,008.59 $225,145.16

**FORM 2**

**Page No:** 5

**Exhibit B**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 08-32159-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** KEYSTONE MECHANICAL INDUSTRIES INC. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** ******5730 | **Money Market Acct #:** | ******7565 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Money Market Account |
| **For Period Beginning:** 11/24/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 7/31/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,863.63 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,863.83 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $4,864.02 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $4,864.21 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,864.41 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,864.61 |
| 01/04/2010 | (3) | RAND-TEC INSURANCE AGENCY INC | 15840 KEYST-5 REFUND | 1290-000 | $50.00 | | $4,914.61 |
| 01/04/2010 | (3) | RAND-TEC INSURANCE AGENCY INC | 15841 KEYST-1 REFUND | 1290-000 | $5,613.00 | | $10,527.61 |
| 01/04/2010 | (4) | Destiny Health, Inc | REF. 101000-HRA | 1290-000 | $16,044.06 | | $26,571.67 |
| 01/04/2010 | (5) | Comed | Refund. | 1290-000 | $1,119.78 | | $27,691.45 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.95 | | $27,692.40 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.05 | | $27,693.45 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.24 | | $27,694.69 |
| 04/06/2010 | | Wire out to BNYM account ********7565 | Wire out to BNYM account ********7565 | 9999-000 | ($27,694.87) | | ($0.18) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.18 | | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | ($4,863.43) | $0.00 |

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******7565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $225,145.16 | $225,145.16 | $0.00 |
| | | | **Less: Bank transfers/CDs** | ($27,694.87) | $2,000.00 | |
| | | | **Subtotal** | $252,840.03 | $223,145.16 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $252,840.03 | $223,145.16 | |

**For the period of  11/24/2008 to 7/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $346,144.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $346,144.76 |
| Total Internal/Transfer Receipts: | ($27,694.87) |
| | |
| Total Compensable Disbursements: | $316,449.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $316,449.89 |
| Total Internal/Transfer Disbursements: | $2,000.00 |

**For the entire history of the account between 01/30/2009 to 7/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $346,144.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $346,144.76 |
| Total Internal/Transfer Receipts: | ($27,694.87) |
| | |
| Total Compensable Disbursements: | $316,449.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $316,449.89 |
| Total Internal/Transfer Disbursements: | $2,000.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-32159-CAD | |
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | |
| **Primary Taxpayer ID #:** | ******5730 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/24/2008 | |
| **For Period Ending:** | 7/31/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Checking Acct #:** | ******7566 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2009 | | From Account #********7565 | To cut checks per David's instructions | 9999-000 | $2,000.00 | | $2,000.00 |
| 06/22/2009 | 101 | Joyce Record Center, Inc | Storage for keystone Inventory | 2410-000 | | $150.55 | $1,849.45 |
| 07/09/2009 | 102 | Joyce Records Center | Storage - past due for Keystone- okay to pay DPL | 2410-000 | | $1,204.04 | $645.41 |
| 04/06/2010 | | Wire out to BNYM account ********7566 | Wire out to BNYM account ********7566 | 9999-000 | ($645.41) | | $0.00 |
| | | | **TOTALS:** | | $1,354.59 | $1,354.59 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,354.59 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,354.59 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,354.59 | |

**For the period of 11/24/2008 to 7/31/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,354.59 |
| | |
| Total Compensable Disbursements: | $1,354.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,354.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/22/2009 to 7/31/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,354.59 |
| | |
| Total Compensable Disbursements: | $1,354.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,354.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | | Checking Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/24/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $270.41 | | $270.41 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $270.41 | $0.00 |
| | | | TOTALS: | | $270.41 | $270.41 | $0.00 |
| | | | Less: Bank transfers/CDs | | $270.41 | $270.41 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 11/24/2008 to 7/31/2012 | | For the entire history of the account between 06/25/2010 to 7/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $270.41 | Total Internal/Transfer Receipts: | $270.41 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $270.41 | Total Internal/Transfer Disbursements: | $270.41 |

FORM 2

Page No: 9

Case 08-32159   Doc 169   Filed 07/31/12   Entered 07/31/12 16:02:11   Desc Main
Document      Page 13 of 20

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $27,699.01 | | $27,699.01 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.23 | | $27,699.24 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.18 | | $27,700.42 |
| 08/30/2010 | (6) | RAND - TEC INSURANCE AGENCY | Refund from Rand - Tec Insurance | 1110-000 | $1,801.00 | | $29,501.42 |
| 08/30/2010 | (6) | WESTFIELD INSURANCE | REFUND FROM WESTFIELD INSURANCE | 1110-000 | $433.34 | | $29,934.76 |
| 08/30/2010 | (6) | THE CITY OF LAKE FOREST, ILLINOIS | REFUND FROM THE CITY OF LAKE FOREST | 1110-000 | $250.00 | | $30,184.76 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.18 | | $30,185.94 |
| 09/01/2010 | (7) | Record Copy Services | Fee from Record Copy Services | 1290-000 | $20.00 | | $30,205.94 |
| 09/14/2010 | (8) | Banner Plumbing Supply Co., Inc | Preferential payment - | 1141-000 | $6,829.53 | | $37,035.47 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.38 | | $37,036.85 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.57 | | $37,038.42 |
| 11/23/2010 | 3000 | Office of the Clerk United States Bankruptcy Court | Adversary Filing Fees | 2700-000 | | $2,500.00 | $34,538.42 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.52 | | $34,539.94 |
| 12/01/2010 | (9) | Blackman Kallick | Preferential payment | 1241-000 | $30,698.15 | | $65,238.09 |
| 12/22/2010 | 3001 | Bank of America | Payment to Unsecured Claim per Court order entered on 12/07/2010. Dtk. # 128 | 7100-000 | | $12,655.59 | $52,582.50 |
| 12/22/2010 | 3001 | VOID: Bank of America | Check Voided | 7100-003 | | ($12,655.59) | $65,238.09 |
| 12/22/2010 | 3002 | Bank of America | Payment to Claim per Court order entered on 12/07/2010. Dkt. #128 | 8500-000 | | $12,655.59 | $52,582.50 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.52 | | $52,585.02 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.39 | | $52,587.41 |
| 02/04/2011 | 3003 | International Sureties, Ltd | Bond Payment | 2300-000 | | $42.49 | $52,544.92 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.02 | | $52,546.94 |
| 03/08/2011 | (12) | Cap Capital Inc | Payment per Settlement Agreement. | 1141-000 | $850.51 | | $53,397.45 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.26 | | $53,399.71 |
| 04/04/2011 | (10) | ADT Security Services, Inc. | settlement payment | 1141-000 | $1,000.00 | | $54,399.71 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.23 | | $54,401.94 |
| 05/05/2011 | (19) | Williams Scotsman, Inc | Settlement | 1141-000 | $1,200.00 | | $55,601.94 |
| 05/16/2011 | (11) | Ted Tegtman & Jane Tegtman | Settlement payment. | 1141-000 | $750.00 | | $56,351.94 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.36 | | $56,354.30 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $2.16 | | $56,356.46 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $56,356.46 | $0.00 |

|  |  | **SUBTOTALS** | $71,554.54 | $71,554.54 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $71,554.54 | $71,554.54 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $27,699.01 | $56,356.46 |  |
|  |  |  | **Subtotal** |  | $43,855.53 | $15,198.08 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $43,855.53 | $15,198.08 |  |

| For the period of 11/24/2008 to 7/31/2012 | | For the entire history of the account between 06/25/2010 to 7/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $43,855.53 | Total Compensable Receipts: | $43,855.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $43,855.53 | Total Comp/Non Comp Receipts: | $43,855.53 |
| Total Internal/Transfer Receipts: | $27,699.01 | Total Internal/Transfer Receipts: | $27,699.01 |
| | | | |
| Total Compensable Disbursements: | $15,198.08 | Total Compensable Disbursements: | $15,198.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,198.08 | Total Comp/Non Comp Disbursements: | $15,198.08 |
| Total Internal/Transfer Disbursements: | $56,356.46 | Total Internal/Transfer Disbursements: | $56,356.46 |

Case 08-32159   Doc 169   Filed 07/31/12   Entered 07/31/12 16:02:11   Desc Main
            Document     Page 15 of 20

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-32159-CAD | |
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | |
| **Primary Taxpayer ID #:** | ******5730 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/24/2008 | |
| **For Period Ending:** | 7/31/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******2159 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $359,741.04 | $261,898.53 | $97,842.51 |

| For the period of 11/24/2008 to 7/31/2012 | | For the entire history of the case between 11/24/2008 to 7/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $453,045.77 | Total Compensable Receipts: | $453,045.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $453,045.77 | Total Comp/Non Comp Receipts: | $453,045.77 |
| Total Internal/Transfer Receipts: | $86,596.29 | Total Internal/Transfer Receipts: | $86,596.29 |
| | | | |
| Total Compensable Disbursements: | $355,203.26 | Total Compensable Disbursements: | $355,203.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $355,203.26 | Total Comp/Non Comp Disbursements: | $355,203.26 |
| Total Internal/Transfer Disbursements: | $86,596.29 | Total Internal/Transfer Disbursements: | $86,596.29 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      08-32159-CAD
Case Name:     KEYSTONE MECHANICAL INDUSTRIES INC.
Trustee Name:  David P. Leibowitz

Balance on hand:    $97,842.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 42 | John Deere Construction & Forestry | $44,489.62 | $44,489.62 | $0.00 | $0.00 |
| 43 | Bank of America | $3,263,231.54 | $3,263,231.54 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $97,842.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $25,902.29 | $0.00 | $25,270.99 |
| David P. Leibowitz, Trustee Expenses | $8.30 | $0.00 | $8.30 |
| Lakelaw, Attorney for Trustee Fees | $40,801.25 | $0.00 | $39,806.82 |
| Lakelaw, Attorney for Trustee Expenses | $600.36 | $0.00 | $600.36 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee Fees | $32,720.54 | $0.00 | $31,923.06 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee Expenses | $232.98 | $0.00 | $232.98 |

Total to be paid for chapter 7 administrative expenses:    $97,842.51
Remaining balance:    $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $208,295.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Sheet Metal Workers Local 265 Welfare Fund | $21,117.39 | $0.00 | $0.00 |
| 13 | Sheet Metal Workers Local 265 Pension Fund | $12,541.34 | $0.00 | $0.00 |
| 14 | Sheet Metal Workers Local 265 Industry Fund | $598.47 | $0.00 | $0.00 |
| 15 | Sheet Metal Workers Local 265 Educational Fund | $2,137.92 | $0.00 | $0.00 |
| 16 | Sheet Metal Workers L. 265 Supp.Retirement Plan | $13,536.80 | $0.00 | $0.00 |
| 17 | Sheet Metal Workers Local 265 Savings Fund | $2,278.18 | $0.00 | $0.00 |
| 28 | Joint Apprenticeship Committee Fund of the Plumbin | $7,065.80 | $0.00 | $0.00 |
| 29 | The Industry Advnacement Fund | $3,117.46 | $0.00 | $0.00 |
| 30 | The Industry Advnacement Fund | $3,117.46 | $0.00 | $0.00 |
| 31 | Plumbers Local Union No. 93 U.A. | $10,217.03 | $0.00 | $0.00 |
| 32 | Plumbers Local Union No. 93 U.A. Retirement Accoun | $3,691.60 | $0.00 | $0.00 |
| 33 | Plumbers Local Union No. 93 U.A. Health and Welfar | $79,371.61 | $0.00 | $0.00 |
| 34 | Plumbers Local Union No. 93 U.A. Pension Fund | $38,554.65 | $0.00 | $0.00 |
| 49 | Yale Smith | $10,950.00 | $0.00 | $0.00 |

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,015,846.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 0 | Bank of America | $93,304.73 | $93,304.73 | $0.00 |
| 1 | Fedex Customer Information Service | $602.24 | $0.00 | $0.00 |
| 2A | Zurich American Insurance Company | $2,221,658.00 | $0.00 | $0.00 |
| 3 | Zurich American Insurance Company | $2,221,658.00 | $0.00 | $0.00 |
| 4 | Zurich American Insurance Company | $2,221,658.00 | $0.00 | $0.00 |
| 5 | Ferguson Enterprises, Inc | $68,979.69 | $0.00 | $0.00 |
| 6 | York International Corporation | $40,957.54 | $0.00 | $0.00 |
| 7 | Temp Excel Properties LLC dba National | $336,433.19 | $0.00 | $0.00 |
| 8 | Cherokee Printing | $970.94 | $0.00 | $0.00 |
| 9 | Seyfarth Shaw Attys. | $10,740.04 | $0.00 | $0.00 |
| 10 | Wm. F. Meyer Co. | $671,977.27 | $0.00 | $0.00 |
| 11 | Plumbers' Welfare Fund Local 130 USA | $47,520.19 | $0.00 | $0.00 |
| 12a | Sheet Metal Workers Local 265 Welfare Fund | $35,882.06 | $0.00 | $0.00 |
| 13a | Sheet Metal Workers Local 265 Pension Fund | $21,344.82 | $0.00 | $0.00 |
| 14a | Sheet Metal Workers Local 265 Industry Fund | $1,066.83 | $0.00 | $0.00 |
| 15a | Sheet Metal Workers Local 265 Educational Fund | $3,062.83 | $0.00 | $0.00 |
| 16a | Sheet Metal Workers L. 265 Supp.Retirement Plan | $8,653.34 | $0.00 | $0.00 |
| 17a | Sheet Metal Workers Local 265 Savings Fund | $320.77 | $0.00 | $0.00 |
| 18 | Country Gas | $1,705.48 | $0.00 | $0.00 |
| 19 | Connor Co | $7,350.32 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:    $0.00
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $4,048,411.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 20 | Airgas North Central | $456.63 | $0.00 | $0.00 |
| 21 | Falson Supply | $811.23 | $0.00 | $0.00 |
| 22 | Edward Don & Co | $315.84 | $0.00 | $0.00 |
| 23 | General Electric Capital Corp | $9,036.85 | $0.00 | $0.00 |
| 24 | General Electric Capital Corp | $7,605.91 | $0.00 | $0.00 |
| 25 | Banner Plumbing | $37,549.80 | $0.00 | $0.00 |
| 26 | Anago Franchising | $889.34 | $0.00 | $0.00 |
| 27 | T Mobile USA Inc | $17,721.31 | $0.00 | $0.00 |
| 28a | Joint Apprenticeship Committee Fund of the Plumbin | $1,557.30 | $0.00 | $0.00 |
| 29a | The Industry Advnacement Fund | $705.65 | $0.00 | $0.00 |
| 30a | The Industry Advnacement Fund | $705.65 | $0.00 | $0.00 |
| 32a | Plumbers Local Union No. 93 U.A. Retirement Accoun | $5,583.55 | $0.00 | $0.00 |
| 33a | Plumbers Local Union No. 93 U.A. Health and Welfar | $13,378.71 | $0.00 | $0.00 |
| 34a | Plumbers Local Union No. 93 U.A. Pension Fund | $11,320.69 | $0.00 | $0.00 |
| 35 | Crestwood Associates LLC | $3,864.05 | $0.00 | $0.00 |
| 36 | Rainbow Refreshments Inc | $597.53 | $0.00 | $0.00 |
| 37 | Employers Mutual Casualty Company | $836,176.00 | $0.00 | $0.00 |
| 38 | Crawford Supply Co | $4,972.46 | $0.00 | $0.00 |
| 39 | National Plumbing & Heating Supply Co | $617,079.42 | $0.00 | $0.00 |
| 40 | Columbia Pipe & Supply | $13,993.93 | $0.00 | $0.00 |
| 41 | Temperature Equipment Corporation | $71,442.19 | $0.00 | $0.00 |
| 44 | Mid American Water of Wauconda | $22,641.71 | $0.00 | $0.00 |
| 45 | Mid American Water of Wauconda | $187,675.54 | $0.00 | $0.00 |
| 46 | Sunset Logistic | $2,468.65 | $0.00 | $0.00 |
| 47 | Shirley Smith, 100&#037; Owner of Beneficial Interest o | $745,747.23 | $0.00 | $0.00 |
| 48 | United Parcel Service | $19.39 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 49a | Yale Smith | $119,050.00 | $0.00 | $0.00 |
| 50 | Yellow Book Sales & Distribution Inc | $183,409.50 | $0.00 | $0.00 |
| 51 | Blackman Kallick | $30,698.15 | $0.00 | $0.00 |
| 52 | M. Cooper Supply Co | $1,099,437.55 | $0.00 | $0.00 |
| 53 | Seyfarth Shaw LLP | $1,500.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00