**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-32159-CAD |
| | § | |
| KEYSTONE MECHANICAL | § | |
| INDUSTRIES INC. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/28/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/31/2012           By:  /s/ David P. Leibowitz
                                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 08-32159-CAD |
|---|---|---|
| | § | |
| KEYSTONE MECHANICAL | § | |
| INDUSTRIES INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $453,045.77
*and approved disbursements of* $355,203.26
*leaving a balance on hand of*[1] : $97,842.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 42 | John Deere Construction & Forestry | $44,489.62 | $44,489.62 | $0.00 | $0.00 |
| 43 | Bank of America | $3,263,231.54 | $3,263,231.54 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $97,842.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $25,902.29 | $0.00 | $25,270.99 |
| David P. Leibowitz, Trustee Expenses | $8.30 | $0.00 | $8.30 |
| Lakelaw, Attorney for Trustee Fees | $40,801.25 | $0.00 | $39,806.82 |
| Lakelaw, Attorney for Trustee Expenses | $600.36 | $0.00 | $600.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | | | |
|---|---:|---:|---:|
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee Fees | $32,720.54 | $0.00 | $31,923.06 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee Expenses | $232.98 | $0.00 | $232.98 |

Total to be paid for chapter 7 administrative expenses:     $97,842.51
Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $208,295.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 12 | Sheet Metal Workers Local 265 Welfare Fund | $21,117.39 | $0.00 | $0.00 |
| 13 | Sheet Metal Workers Local 265 Pension Fund | $12,541.34 | $0.00 | $0.00 |
| 14 | Sheet Metal Workers Local 265 Industry Fund | $598.47 | $0.00 | $0.00 |
| 15 | Sheet Metal Workers Local 265 Educational Fund | $2,137.92 | $0.00 | $0.00 |
| 16 | Sheet Metal Workers L. 265 Supp.Retirement Plan | $13,536.80 | $0.00 | $0.00 |
| 17 | Sheet Metal Workers Local 265 Savings Fund | $2,278.18 | $0.00 | $0.00 |
| 28 | Joint Apprenticeship Committee Fund of the Plumbin | $7,065.80 | $0.00 | $0.00 |
| 29 | The Industry Advnacement Fund | $3,117.46 | $0.00 | $0.00 |
| 30 | The Industry Advnacement Fund | $3,117.46 | $0.00 | $0.00 |
| 31 | Plumbers Local Union No. 93 U.A. | $10,217.03 | $0.00 | $0.00 |
| 32 | Plumbers Local Union No. 93 U.A. | $3,691.60 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. | Interim Payments | Proposed |
|---|---|---|---|---|
|  | Retirement Accoun |  |  |  |
| 33 | Plumbers Local Union No. 93 U.A. Health and Welfar | $79,371.61 | $0.00 | $0.00 |
| 34 | Plumbers Local Union No. 93 U.A. Pension Fund | $38,554.65 | $0.00 | $0.00 |
| 49 | Yale Smith | $10,950.00 | $0.00 | $0.00 |

Total to be paid to priority claims:   $0.00
Remaining balance:   $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,015,846.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 0 | Bank of America | $93,304.73 | $93,304.73 | $0.00 |
| 1 | Fedex Customer Information Service | $602.24 | $0.00 | $0.00 |
| 2A | Zurich American Insurance Company | $2,221,658.00 | $0.00 | $0.00 |
| 3 | Zurich American Insurance Company | $2,221,658.00 | $0.00 | $0.00 |
| 4 | Zurich American Insurance Company | $2,221,658.00 | $0.00 | $0.00 |
| 5 | Ferguson Enterprises, Inc | $68,979.69 | $0.00 | $0.00 |
| 6 | York International Corporation | $40,957.54 | $0.00 | $0.00 |
| 7 | Temp Excel Properties LLC dba National | $336,433.19 | $0.00 | $0.00 |
| 8 | Cherokee Printing | $970.94 | $0.00 | $0.00 |
| 9 | Seyfarth Shaw Attys. | $10,740.04 | $0.00 | $0.00 |
| 10 | Wm. F. Meyer Co. | $671,977.27 | $0.00 | $0.00 |
| 11 | Plumbers' Welfare Fund Local 130 USA | $47,520.19 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 12a | Sheet Metal Workers Local 265 Welfare Fund | $35,882.06 | $0.00 | $0.00 |
| 13a | Sheet Metal Workers Local 265 Pension Fund | $21,344.82 | $0.00 | $0.00 |
| 14a | Sheet Metal Workers Local 265 Industry Fund | $1,066.83 | $0.00 | $0.00 |
| 15a | Sheet Metal Workers Local 265 Educational Fund | $3,062.83 | $0.00 | $0.00 |
| 16a | Sheet Metal Workers L. 265 Supp.Retirement Plan | $8,653.34 | $0.00 | $0.00 |
| 17a | Sheet Metal Workers Local 265 Savings Fund | $320.77 | $0.00 | $0.00 |
| 18 | Country Gas | $1,705.48 | $0.00 | $0.00 |
| 19 | Connor Co | $7,350.32 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $4,048,411.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 20 | Airgas North Central | $456.63 | $0.00 | $0.00 |
| 21 | Falson Supply | $811.23 | $0.00 | $0.00 |
| 22 | Edward Don & Co | $315.84 | $0.00 | $0.00 |
| 23 | General Electric Capital Corp | $9,036.85 | $0.00 | $0.00 |
| 24 | General Electric Capital Corp | $7,605.91 | $0.00 | $0.00 |
| 25 | Banner Plumbing | $37,549.80 | $0.00 | $0.00 |
| 26 | Anago Franchising | $889.34 | $0.00 | $0.00 |
| 27 | T Mobile USA Inc | $17,721.31 | $0.00 | $0.00 |
| 28a | Joint Apprenticeship Committee Fund of the Plumbin | $1,557.30 | $0.00 | $0.00 |
| 29a | The Industry Advnacement Fund | $705.65 | $0.00 | $0.00 |
| 30a | The Industry Advnacement Fund | $705.65 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 32a | Plumbers Local Union No. 93 U.A. Retirement Accoun | $5,583.55 | $0.00 | $0.00 |
| 33a | Plumbers Local Union No. 93 U.A. Health and Welfare | $13,378.71 | $0.00 | $0.00 |
| 34a | Plumbers Local Union No. 93 U.A. Pension Fund | $11,320.69 | $0.00 | $0.00 |
| 35 | Crestwood Associates LLC | $3,864.05 | $0.00 | $0.00 |
| 36 | Rainbow Refreshments Inc | $597.53 | $0.00 | $0.00 |
| 37 | Employers Mutual Casualty Company | $836,176.00 | $0.00 | $0.00 |
| 38 | Crawford Supply Co | $4,972.46 | $0.00 | $0.00 |
| 39 | National Plumbing & Heating Supply Co | $617,079.42 | $0.00 | $0.00 |
| 40 | Columbia Pipe & Supply | $13,993.93 | $0.00 | $0.00 |
| 41 | Temperature Equipment Corporation | $71,442.19 | $0.00 | $0.00 |
| 44 | Mid American Water of Wauconda | $22,641.71 | $0.00 | $0.00 |
| 45 | Mid American Water of Wauconda | $187,675.54 | $0.00 | $0.00 |
| 46 | Sunset Logistic | $2,468.65 | $0.00 | $0.00 |
| 47 | Shirley Smith, 100&#037; Owner of Beneficial Interest o | $745,747.23 | $0.00 | $0.00 |
| 48 | United Parcel Service | $19.39 | $0.00 | $0.00 |
| 49a | Yale Smith | $119,050.00 | $0.00 | $0.00 |
| 50 | Yellow Book Sales & Distribution Inc | $183,409.50 | $0.00 | $0.00 |
| 51 | Blackman Kallick | $30,698.15 | $0.00 | $0.00 |
| 52 | M. Cooper Supply Co | $1,099,437.55 | $0.00 | $0.00 |
| 53 | Seyfarth Shaw LLP | $1,500.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 08-32159-CAD
Keystone Mechanical Industries Inc.                             Chapter 7
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen               Page 1 of 4             Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 117


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
db          +Keystone Mechanical Industries Inc.,    310 Wainwright Dr,    Northbrook, IL 60062-1911
13631350    +ADT Security,    PO Box 371967,    Pittsburgh, PA 15250-7967
13631351    +AFLAC,   1932 Wynnton Rd,    Columbus, GA 31999-0002
13631352    +Airgas North Central,    PO Box 802588,    Chicago, IL 60680-2588
13631355    +Alhalm Monahan, Klauke Hay,    221 N LaSalle St,    Suite 450,   Chicago, IL 60601-1232
13631356     Anago Franchising,    1555 Mittel Blvd,    Suite G,    Wooddale, IL 60191-1046
13631357    +Armstrong Pro Auto Glass Corp,    PO Box 3581,    Joliet, IL 60434-3581
13631346    +Bank of America,    Dykema Gossett PLLC,    c/o Morgan M Smith,    10 S Wacker Dr Suite 2300,
              Chicago, IL 60606-7439
13631358    +Banner Plumbing,    355 Hastings Dr,    Buffalo Grove, IL 60089-6941
13631359    +Blackman Kallick,    c/o Richard M Fogel,    Shaw Gussis,    321 N Clark Street Ste 800,
              Chicago, Il 60654-4766
13631360    +Cerdian Employer Services,    PO Box 10989,    Newark, NJ 07193-0989
13631361    +Cherokee Printing,    442 N Seymour St,    Mundelein, IL 60060-1835
13631347    +Chicago Journeyman Plumbers,    1340 W Washington Blvd,    Chicago, IL 60607-1980
13631362    +Cimco Communications,    PO Box 95900,    Chicago, IL 60694-5900
13631363    +Columbia Pipe & Supply,    1803 Moen Ave,    Attn: Jim Welser,    Rockdale, IL 60436-9323
13631365    +ComEd,   8 S Michigan Ave,    Suite 618,    Chicago, IL 60603-3469
13631434    +Condell Medical Center,    900 Garfield Ave,    Libertyville, IL 60048-3199
13631435    +Connor Co,    PO Box 5007,    Peoria, IL 61601-5007
13631436    +Country Gas,    4010 Hwy 14,    Crystal Lake, IL 60014-8299
15686071    +Country Mutual Insurance Company,    Subrogation Department,    PO Box 2100,
              Bloomington, IL 61702-2100
13631437    +Crawford Supply Co,    PO Box 1247,    Northbrook, IL 60065-1247
13631438    +Crestwood Associates LLC,    240 E Lincoln St,    Mt Prospect, IL 60056-3244
13631440    +Directtv,    PO Box 60036,    Los Angeles, CA 90060-0036
13631441    +Dunn & Bradstreet,    PO Box 75542,    Chicago, IL 60675-5542
13631659    +EMC Insurance Company,    717 Mulberry St,    Des Moines, IA 50309-3810
13631442    +Ed Siebert Trucking Service,    8748 IL Rt 53,    Naperville, Il 60565-8889
13631443    +Edward Don & Co,    2500 S Harlem Avenue,    North Riverside, IL 60546-1473
13631446    +Emergency Healthcare Physicians,    39182 Treasury Center Dr,    Chicago, IL 60694-9100
13941687    +Employers Mutual Casualty Company,    c/o Grace W Cranley Leo & Weber PC,
              1 N LaSalle St Suite 3600,    Chicago, IL 60602-4015
13631447    +Enterprise Fleet,    395 Roosevelt Road,    Glen Ellyn, IL 60137-5653
13631448    +Excelsior Mfg,    135 S LaSalle St,    Dept 1846,   Chicago, IL 60674-1206
13631449    +Falson Supply,    PO Box 158,    Franklin Park, IL 60131-0158
13631450    +FedEx,   PO Box 94515,    Palatine, IL 60094-4515
13034691    +Fedex Customer Information Service,     as assignee of Fedex Express/Ground,
               attn: Revenue Recovery/Bankruptcy,    3965 Airways Blvd Module 3rd Floor,
              Memphis, TN 38116-5017
13631492    +Ferguson Enterprises,    PO Box 802817,    Chicago, IL 60680-2817
13561215    +Ferguson Enterprises, Inc,    c/o Dennis E Quaid Thompson Coburn LLP,
              Thompson Coburn Fagel Haber,     55 E Monroe Street 37th Floor,    Chicago, IL 60603-6029
13631493    +First Place Rental,    4975 Rt 71,    Oswego, IL 60543-8443
13631494    +Flexible Benefit Services,    10275 W Higgins Rd,    Suite 500,   Rosemont, IL 60018-3887
13631495    +Francotyp-Postalia,    Dept 4272,    Carol Stream, IL 60122-0001
13899120    +General Electric Capital Corp,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
16635355    +Goode Industries Inc dba M Cooper supply,     K & L Supply Co, Elizabeth A Bates,    Huck Bouma PC,
              1755 S Naperville Rd Suite 200,    Wheaton, IL 60189-5844
13631497    +Greater Elgin Emergency,    PO Box 5940,    Carol Stream, IL 60197-5940
13631500     Halloran & Yauch,    23822 Ballard Rd,    Lake Forest, IL 60045
13631501    +Hilti Inc,    PO Box 382002,    Pittsburgh, PA 15250-8002
13631502    +Holiday Sewer & Water Const,    1000 N Rand Rd,    Wauconda, IL 60084-3101
13631503    +Home Depot,    PO Box 6029,    The Lakes, IL 88901-6029
13631505    +Illinois Paper Company,    6 Territorial Ct,    Bolingbrook, IL 60440-4662
13631506    +Interstate Battery System,    1160 Flex Ct,    Lake Zurich, IL 60047-1578
14048502     John Deere Construction & Forestry,    Company Attn Robert Allen,    PO Box 6600,
              Johnston, IA 50131-6600
13631507    +John Deere Credit,    PO Box 4450,    Carol Stream, IL 60197-4450
13923372    +Joint Apprenticeship Committee Fund of the Plumbin,    c/o Johnson & Krol, LLC,
              300 S. Wacker Drive,    Suite 1313,    Chicago, Illinois 60606-6601
13631510    +Karing Dental Center,    1325 W Irving Park Rd,    Suite 200,   Bensenville, IL 60106-1759
14598914    +Laborers' Pension and Welfare Funds,    111 W. Jackson Blvd., Suite 1415,   Chicago, IL 60604-3868
13631514    +Lee Auto Parts,    2728 Dundee Rd,    Northbrook, IL 60062-2609
13631515    +Lyon Cordage Packaging,    1949B Cornell Ave,    Melrose Park, IL 60160-1044
13631516    +M Cooper Supply,    231353 Momentum Place,    Chicago, IL 60689-0001
13631517    +Merritt Credit Bureau Inc,    549 W Randolph St,    Chicago, IL 60661-2208
13631552    +Michael Wagner & Sons,    2321 S Foster,    Wheeling, IL 60090-6510
13631553    +Mid American Water of Wauconda,    1125 N Old Rand Rd,    Wauconda, IL 60084-1203
13631554    +Midwest Occupational Health,    403 W Galena Rd,    Suite 207,   Aurora, IL 60506-6725
13631579    +Mobile Mini,    PO Box 79149,    Phoenix, AZ 85062-9149
13631580    +National Plumbing & Heating Supply Co,    5740 N Tripp Ave,    Chicago, IL 60646-6723
13631584    +Northbrook Occupational Medicine,    605 Acadamy Dr,    Northbrook, IL 60062-2420
13631585    +Orkin Exterminating,    200 E Howard Ave,    Suite 210,   Des Plaines, IL 60018-5907
```

```
District/off: 0752-1           User: cgreen                Page 2 of 4                  Date Rcvd: Aug 01, 2012
                               Form ID: pdf006             Total Noticed: 117

13631594     +Penske Truck Leasing,    PO Box 802577,    Chicago, IL 60680-2577
13631348     +Plumbers & Pipefitters Local 501,    1295 Butterfield Rd,    Aurora, IL 60502-8879
13631349     +Plumbers Local 93,    31855 N US Hwy 12,    Volo, IL 60073-9796
13923551     +Plumbers Local Union No. 93 U.A.,    c/o Johnson & Krol, LLC,    300 S. Wacker Drive,    Suite 1313,
               Chicago, Illinois 60606-6601
13923594     +Plumbers Local Union No. 93 U.A. Health and Welfar,    c/o Johnson & Krol, LLC,
               300 S. Wacker Drive,    Suite 1313,    Chicago, Illinois 60606-6601
13923597     +Plumbers Local Union No. 93 U.A. Pension Fund,    c/o Johnson & Krol, LLC,    300 S. Wacker Drive,
               Suite 1313,    Chicago, Illinois 60606-6601
13923573     +Plumbers Local Union No. 93 U.A. Retirement Accoun,    c/o Johnson & Krol, LLC,
               300 S. Wacker Drive,    Suite 1313,    Chicago, Illinois 60606-6601
13870886     +Plumbers’ Welfare Fund Local 130 USA,    Exhibit A c/o Douglas Lindsay,
               Lewis Overbeck & Furman LLP,    20 North Clark Street Suite 3200,    Chicago, IL 60602-5093
13631595     +Rainbow Refreshments Inc,    2039 B Foster Ave,    Wheeling, IL 60090-6513
13631611    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,    PO Box 219554,    Kansas City, MO 64121)
13631602      Schiff Hardin LLP,    6600 Sears Tower,    Chicago, IL 60606
13631605     +Seyfarth Shaw Attys.,    131 S Dearborn St,    Suite 2400,    Chicago, IL 60603-5863
17619098     +Seyfarth Shaw LLP,    Attn: Andrew V. Banas,    131 S. Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
13871719      Sheet Metal Workers L. 265 Supp.Retirement Plan,    c/o Cecilia M. Scanlon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Ste 2200,    Chicago, IL  60606-5231
13871712      Sheet Metal Workers Local 265 Educational Fund,    c/o Cecilia M. Scanlon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St.,Ste. 2200,    Chicago, IL 60606-5231
13871598      Sheet Metal Workers Local 265 Industry Fund,    c/o Cecilia M. Scanlon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5231
13871531      Sheet Metal Workers Local 265 Pension Fund,    c/o Cecilia M. Scanlon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5231
13871865      Sheet Metal Workers Local 265 Savings Fund,    c/o Cecilia M. Scanlon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5231
13871401      Sheet Metal Workers Local 265 Welfare Fund,    c/o Cecilia M. Scanlon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5231
13631606     +Sherman Benefit Manager,    PO Box 93719,    Chicago, IL 60673-3719
14166267     +Shirley Smith, 100% Owner of Beneficial Interest o,    c/o Michael M. Lorge, Esq.,
               Bronson & Kahn, LLC,    150 N. Wacker Dr., Suite 1400,    Chicago, IL 60606-1634
13631612     +Staples Business Advantage,    PO Box 83689,    Chicago, IL 60696-0001
13631613     +Sunset Logistic,    PO Box 1113,    Crystal Lake, IL 60039-1113
13911261      T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
13631618     +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
13631619     +Tebon’s Gas Service,    7415 N Harlem Ave,    Niles, IL 60714-3701
13808816     +Temp Excel Properties LLC dba National,    Excelsior Company aka formerly Excelsior,
               known as Excelsior Mfg & Supply Corp,    1999 North Ruby Street,    Melrose Park, IL 60160-1109
13923494     +The Industry Advnacement Fund,    c/o Johnson & Krol, LLC,    300 S. Wacker Drive,    Suite 1313,
               Chicago, Illinois 60606-6601
13631625     +Toshiba America Info Sys,    PO Box 740441,    Atlanta, GA 30374-0441
13631626     +Toshiba Business Solutions,    3860 Ventura Dr,    Arlington Heights, IL 60004-7951
13631627     +United Office Systems,    5400 Newport Dr,    Suite 13,    Rolling Meadows, IL 60008-3721
13631631     +United Parcel Service,    Lock Box 577,    Carol Stream, IL 60132-0001
14168891     +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
               Timonium, MD 21094-4396
13631632     +Veolia/Onyx,    PO Box 6484,    Carol Stream, IL 60197-6484
13631644     +Village of Northbrook,    1225 Cedar Lane,    Northbrook, IL 60062-4582
13631645     +Village of Worth,    PO Box 5905,    Carol Stream, IL 60197-5905
13631651     +WM Meyer Co,    PO Box 37,    Aurora, IL 60507-0037
13631646     +Wainwright Building,    145 N Milwaukee Ave,    Suite 6012,    Vernon Hills, IL 60061-4180
13631647     +Walter Smith Estate,    145 N Milwaukee Ave,    Suite 6012,    Vernon Hills, IL 60061-4180
13631649     +Will County Medical Assoc,    2100 Glenwood Ave,    Joliet, IL 60435-5487
13631650     +William Scotsman,    PO Box 91975,    Chicago, IL 60693-1975
13868930     +Wm. F. Meyer Co.,    c/o Attorney Donald J Simantz,    Alschuler Simantz & Hem LLC,
               1961 West Downer Place,    Aurora, IL 60506-4384
14182675     +Yale Smith,    c/o Nathan Q. Rugg,    Adelman & Gettleman, Ltd.,    53 W. Jackson, Suite 1050,
               Chicago, IL 60604-3786
14970646     +Yellow Book Sales & Distribution Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
13661652     +York International Corporation,    c/o Kohner, Mann & Kailas, S.C.,    4650 N. Port Washington Rd.,
               Milwaukee, WI 53212-1077
13631652     +Zurich North America,    8734 Paysphere Cirle,    Chicago, IL 60674-0087
13631658      yale Smith,    5829n RFD,    Long Grove, IL 60047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19001630      E-mail/Text: cio.bncmail@irs.gov Aug 02 2012 02:52:04     Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13631444     +E-mail/Text: RDEVRIE@EMHC.ORG Aug 02 2012 03:15:14      Elmhurst Memorial Hospital,    PO Box 92348,
               Chicago, IL 60675-2348
13631583     +E-mail/Text: bankrup@nicor.com Aug 02 2012 02:56:34      Nicor Gas,    PO Box 416,
               Aurora, IL 60568-0001
13631611      E-mail/Text: appebnmailbox@sprint.com Aug 02 2012 03:12:09      Sprint,    PO Box 219554,
               Kansas City, MO 64121
```

```
District/off: 0752-1          User: cgreen             Page 3 of 4            Date Rcvd: Aug 01, 2012
                              Form ID: pdf006          Total Noticed: 117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13631603      +E-mail/Text: pmangi@aol.com Aug 02 2012 03:17:30      Schulof Company,    4701 N Ravenswood Ave,
               Chicago, IL 60640-4407
14023653      +E-mail/Text: ernie.pudliner@tecmungo.com Aug 02 2012 04:44:13
               Temperature Equipment Corporation,   Attn: Mike Spaeth,    17725 Volbrecht Rd,
               Lansing, IL 60438-4539
13522547      +E-mail/Text: usz.bankruptcy.legal.coll@zurichna.com Aug 02 2012 04:41:51
               Zurich American Insurance Company,   Attn: Mary Perlick, 9th Floor, Tower 2,
               1400 American Lane,   Schaumburg, IL 60196-1091
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13631504     ##+HPL&S Inc,    125 S Wilke Rd,   Suite 300,   Arlington Heights, IL 60005-1523
13631509     ##+Joyce Record Center,    301 N 3rd Ave,   Des Plaines, IL 60016-1158
13631513     ##+Kishwaukee Corp Health,    3251 Commerce Dr,   DeKalb, IL 60115-7908
13631604     ##+Secure Tool & Fastner,    1214 Capitol Dr,   Addison, IL 60101-5302
13631648     ##+West Suburban Eye Center,    391 Quadrangle Dr,   Bolingbrook, IL 60440-3444
                                                                                   TOTALS: 0, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: cgreen                Page 4 of 4                   Date Rcvd: Aug 01, 2012
                               Form ID: pdf006             Total Noticed: 117


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:
              Allie M Burnet    on behalf of Creditor   Jerson Electric Corporation aburnet@bestfirm.com
              Andrew V Banas    on behalf of Defendant    Seyfarth Shaw LLP abanas@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com;majohnson@seyfarth.com;jmcmanus@seyfarth.com
              Brian T Bedinghaus    on behalf of Creditor   Plumbers Pension Fund Local 130 U.A. et al
               bbedinghaus@ralaw.com,    casedocket@ralaw.com
              Brook M Carey    on behalf of Creditor   DRH Cambridge Homes, Inc., d/b/a Cambridge Homes
               bmc@cassiday.com
              Charles W Cross    on behalf of Creditor   Allstate Insurance a/s/o Coventry Condominium
               ccross@stonejohnsonlaw.com
              Clive D. Kamins    on behalf of Creditor   Shirley Smith ckamins@bronsonkahn.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz    on behalf of Plaintiff David Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Dennis E. Quaid    on behalf of Creditor   Ferguson Enterprises, Inc. dquaid@tcfhlaw.com
              Douglas A. Lindsay    on behalf of Creditor   Plumbers Pension Fund Local 130 U.A. et al
               dlindsay@ralaw.com,    rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
              Elizabeth A. Bates    on behalf of Defendant    Goode Industries, Inc. d/b/a M. Cooper Supply
               ebates@huckbouma.com
              Ian K. Linnabary    on behalf of Creditor   John Deere Construction & Forestry Company
               ikl@renozahm.com
              James  Heiser    on behalf of Interested Party   Bank of Montreal, Chicago Branch, as Agent
               heiser@chapman.com
              Jennifer L Johnson    on behalf of Interested Party   Lenny Szarek, Inc. jjohnson@zcwlaw.com,
               vblazina@zcwlaw.com
              John  Eggum    on behalf of Plaintiff David Leibowitz jeggum@lakelaw.com
              John  Hamada    on behalf of Creditor   Laborers' Pension and Welfare Funds for the Health &
               Welfare Department of the Construction & General Laborers' District Council of Chicago and
               Vicinity and James S Jorgensen johnhamada@gmail.com,    johnh@chilpwf.com;vedranaa@chilpwf.com
              John A Lipinsky    on behalf of Defendant    Enterprise Fleet Management, LLC
               jlipinsky@comananderson.com,    khaskell@comananderson.com;kdavis@comananderson.com
              John W. Loseman    on behalf of Creditor   Plumbers Pension Fund Local 130 U.A. et al
               jloseman@lewisoverbeck.com,    skoutsis@ralaw.com;casedocket@ralaw.com
              Jonathan T Brand    on behalf of Plaintiff David Leibowitz jbrand@lakelaw.com,    ECF@lakelaw.com
              Joseph E Mallon    on behalf of Creditor   Industry Advancement Fund mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joshua J Whiteside    on behalf of Petitioning Creditor   Metropolitan Casualty Insurance Company
               a/s/o Johyn and Malgorzata Conroy jwhiteside@fisherkanaris.com,    phack@fisherkanaris.com
              Matthew C Baysinger    on behalf of Petitioning Creditor   Country Mutual Insurance Company
               baysinger.matthew@gmail.com
              Michael J. Davis    on behalf of Petitioning Creditor   M. Cooper Supply mdavis@springerbrown.com,
               davislaw80@gmail.com
              Morgan M. Smith    on behalf of Creditor   Bank of America mmsmith@dykema.com,    truckman@dykema.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Patrick T. Wallace    on behalf of Creditor   Laborers' Pension and Welfare Funds for the Health &
               Welfare Department of the Construction & General Laborers' District Council of Chicago and
               Vicinity and James S Jorgensen wallace.patrick@gmail.com,    fundcounsel@gmail.com
              Richard M Bendix    on behalf of Creditor   Bank of America rbendix@dykema.com,    nrakunas@dykema.com
              Scott  Lewis    on behalf of Interested Party   Bank of Montreal, Chicago Branch, as Agent
               slewis@chapman.com
              William P Callinan    on behalf of Creditor   Industry Advancement Fund william@johnsonkrol.com
                                                                                              TOTAL: 29
```