## UNITED STATES BANKRUPTCY COURT1
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-32159-CAD |
| | § | |
| KEYSTONE MECHANICAL | § | |
| INDUSTRIES INC. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: | $0.00 | | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | | |
| Total Distributions to Claimants: | $318,449.60 | | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $124,392.52 | | | |

3)      Total gross receipts of $455,497.71  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $12,655.59 (see **Exhibit 2),** yielded net receipts of $442,842.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,200,000.00 | $3,530,837.30 | $3,530,837.30 | $223,116.14 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $123,892.52 | $121,892.52 | $124,392.52 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $430,533.67 | $208,295.71 | $208,295.71 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $4,686,549.73 | $11,970,953.31 | $12,064,258.04 | $95,333.46 |
| **Total Disbursements** | $8,317,083.40 | $15,833,978.84 | $15,925,283.57 | $442,842.12 |

4).  This case was originally filed under chapter 7 on 11/24/2008.  The case was pending for 49 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2012               By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| AXA Equitable Life Insurance Company | 1129-000 | $55,993.28 |
| Vehicles Trailers/ All tangible personal propert | 1129-000 | $230,000.00 |
| 10-02378 Leibowitz v. ADT Security Services, Inc. f/k/a ADT Security Sys | 1141-000 | $1,000.00 |
| 10-02379 Leibowitz v. Allen's Corner Garage & Towing Service, Inc | 1141-000 | $750.00 |
| 10-02380 Leibowitz v. Cap Capital, Inc. d/b/a Cimco Communications, Inc | 1141-000 | $850.51 |
| 10-02384 Leibowitz v. Goode Industries, Inc. d/b/a M. Cooper Supply | 1141-000 | $8,000.00 |
| 10-02386 Leibowitz v. Seyfarth Shaw LLP | 1141-000 | $1,500.00 |
| 10-02390 Leibowitz v. Williams Scotsman, Inc | 1141-000 | $1,200.00 |
| Banner Plumbing Supply Co., Inc | 1141-000 | $6,829.53 |
| Refunds | 1229-000 | $2,484.34 |
| Blackman Kallick Preferential Payment | 1241-000 | $30,698.15 |
| Interest Earned | 1270-000 | $40.33 |
| COMED/Refund | 1290-000 | $1,119.78 |
| Destiny Health/Refund | 1290-000 | $16,044.06 |
| Fee for records | 1290-000 | $20.00 |
| Insurance Refund Check/ West Field Insurance | 1290-000 | $93,304.73 |
| Rand-Tec Insurance Agency Inc/Refund | 1290-000 | $5,663.00 |
| **TOTAL GROSS RECEIPTS** | | **$455,497.71** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Bank of America | Funds to Third Parties | 8500-000 | $12,655.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,655.59** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 42 | John Deere Construction & Forestry | 4110-000 | NA | $44,489.62 | $44,489.62 | $0.00 |
| 43 | Bank of America | 4110-000 | NA | $3,263,231.54 | $3,263,231.54 | $0.00 |
| | Bank of America | 4110-000 | $3,200,000.00 | NA | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bank of America | 4210-000 | NA | $210,810.11 | $210,810.11 | $210,810.11 |
| CNH Capital | 4210-000 | NA | $12,306.03 | $12,306.03 | $12,306.03 |
| **TOTAL SECURED CLAIMS** | | $3,200,000.00 | $3,530,837.30 | $3,530,837.30 | $223,116.14 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $25,902.29 | $25,902.29 | $25,902.29 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $8.30 | $8.30 | $8.30 |
| International Sureties, Ltd | 2300-000 | NA | $163.64 | $163.64 | $163.64 |
| Joyce Record Center, Inc | 2410-000 | NA | $1,354.59 | $1,354.59 | $1,354.59 |
| Green Bank | 2600-000 | NA | $1,657.29 | $1,657.29 | $1,657.29 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $0.00 | $0.00 | $2,500.00 |
| Chase | 2810-000 | NA | $0.28 | $0.28 | $0.28 |
| Illinois Department of Revenue | 2820-000 | NA | $20,076.00 | $20,076.00 | $20,076.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $40,801.25 | $38,801.25 | $38,801.25 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $600.36 | $600.36 | $600.36 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee | 3410-000 | NA | $32,720.54 | $32,720.54 | $32,720.54 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Accountant for Trustee | 3420-000 | NA | $232.98 | $232.98 | $232.98 |
| Crestwood Associates, L.L.C., Consultant for Trustee | 3731-000 | NA | $375.00 | $375.00 | $375.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $123,892.52 | $121,892.52 | $124,392.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Sheet Metal Workers Local 265 Welfare Fund | 5800-000 | NA | $21,117.39 | $21,117.39 | $0.00 |
| 13 | Sheet Metal Workers Local 265 Pension Fund | 5800-000 | NA | $12,541.34 | $12,541.34 | $0.00 |
| 14 | Sheet Metal Workers Local 265 Industry Fund | 5800-000 | NA | $598.47 | $598.47 | $0.00 |
| 15 | Sheet Metal Workers Local 265 Educational Fund | 5800-000 | NA | $2,137.92 | $2,137.92 | $0.00 |
| 16 | Sheet Metal Workers L. 265 Supp.Retirement Plan | 5800-000 | NA | $13,536.80 | $13,536.80 | $0.00 |
| 17 | Sheet Metal Workers Local 265 Savings Fund | 5800-000 | NA | $2,278.18 | $2,278.18 | $0.00 |
| 28 | Joint Apprenticeship Committee Fund of the Plumbin | 5800-000 | NA | $7,065.80 | $7,065.80 | $0.00 |
| 29 | The Industry Advnacement Fund | 5800-000 | NA | $3,117.46 | $3,117.46 | $0.00 |
| 30 | The Industry Advnacement Fund | 5800-000 | NA | $3,117.46 | $3,117.46 | $0.00 |
| 31 | Plumbers Local Union No. 93 U.A. | 5800-000 | NA | $10,217.03 | $10,217.03 | $0.00 |
| 32 | Plumbers Local Union No. 93 U.A. Retirement Accoun | 5800-000 | NA | $3,691.60 | $3,691.60 | $0.00 |
| 33 | Plumbers Local Union No. 93 U.A. Health and Welfar | 5800-000 | NA | $79,371.61 | $79,371.61 | $0.00 |
| 34 | Plumbers Local Union No. 93 U.A. Pension Fund | 5800-000 | NA | $38,554.65 | $38,554.65 | $0.00 |
| 49 | Yale Smith | 5800-000 | NA | $10,950.00 | $10,950.00 | $0.00 |
|  | Chicago Journeyman Plumbers | 5400-000 | $111,758.89 | NA | NA | $0.00 |
|  | Plumbers & | 5400-000 | $122,434.92 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Pipefitters local 501 | | | | | |
| | Plumbers Local 93 | 5400-000 | $196,339.86 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $430,533.67 | $208,295.71 | $208,295.71 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fedex Customer Information Service | 7100-000 | $643.82 | $602.24 | $602.24 | $0.00 |
| 2A | Zurich American Insurance Company | 7100-000 | $114,665.77 | $2,221,658.00 | $2,221,658.00 | $0.00 |
| 3 | Zurich American Insurance Company | 7100-000 | NA | $2,221,658.00 | $2,221,658.00 | $0.00 |
| 4 | Zurich American Insurance Company | 7100-000 | NA | $2,221,658.00 | $2,221,658.00 | $0.00 |
| 5 | Ferguson Enterprises, Inc | 7100-000 | $66,940.54 | $68,979.69 | $68,979.69 | $0.00 |
| 6 | York International Corporation | 7100-000 | NA | $40,957.54 | $40,957.54 | $0.00 |
| 7 | Temp Excel Properties LLC dba National | 7100-000 | NA | $336,433.19 | $336,433.19 | $0.00 |
| 8 | Cherokee Printing | 7100-000 | $554.42 | $970.94 | $970.94 | $0.00 |
| 9 | Seyfarth Shaw Attys. | 7100-000 | $9,223.24 | $10,740.04 | $10,740.04 | $0.00 |
| 10 | Wm. F. Meyer Co. | 7100-000 | NA | $671,977.27 | $671,977.27 | $0.00 |
| 11 | Plumbers' Welfare Fund Local 130 USA | 7100-000 | $670,151.33 | $47,520.19 | $47,520.19 | $0.00 |
| 12a | Sheet Metal Workers Local 265 Welfare Fund | 7100-000 | NA | $35,882.06 | $35,882.06 | $0.00 |
| 13a | Sheet Metal Workers Local 265 Pension Fund | 7100-000 | NA | $21,344.82 | $21,344.82 | $0.00 |
| 14a | Sheet Metal Workers Local 265 Industry Fund | 7100-000 | NA | $1,066.83 | $1,066.83 | $0.00 |
| 15a | Sheet Metal Workers Local 265 Educational | 7100-000 | NA | $3,062.83 | $3,062.83 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Fund | | | | | |
| 16a | Sheet Metal Workers L. 265 Supp.Retirement Plan | 7100-000 | NA | $8,653.34 | $8,653.34 | $0.00 |
| 17a | Sheet Metal Workers Local 265 Savings Fund | 7100-000 | NA | $320.77 | $320.77 | $0.00 |
| 18 | Country Gas | 7100-000 | NA | $1,705.48 | $1,705.48 | $0.00 |
| 19 | Connor Co | 7100-000 | NA | $7,350.32 | $7,350.32 | $0.00 |
| 20 | Airgas North Central | 7200-000 | NA | $456.63 | $456.63 | $0.00 |
| 21 | Falson Supply | 7200-000 | NA | $811.23 | $811.23 | $0.00 |
| 22 | Edward Don & Co | 7200-000 | NA | $315.84 | $315.84 | $0.00 |
| 23 | General Electric Capital Corp | 7200-000 | NA | $9,036.85 | $9,036.85 | $0.00 |
| 24 | General Electric Capital Corp | 7200-000 | NA | $7,605.91 | $7,605.91 | $0.00 |
| 25 | Banner Plumbing | 7200-000 | NA | $37,549.80 | $37,549.80 | $0.00 |
| 26 | Anago Franchising | 7200-000 | NA | $889.34 | $889.34 | $0.00 |
| 27 | T Mobile USA Inc | 7200-000 | NA | $17,721.31 | $17,721.31 | $0.00 |
| 28a | Joint Apprenticeship Committee Fund of the Plumbin | 7200-000 | NA | $1,557.30 | $1,557.30 | $0.00 |
| 29a | The Industry Advnacement Fund | 7200-000 | NA | $705.65 | $705.65 | $0.00 |
| 30a | The Industry Advnacement Fund | 7200-000 | NA | $705.65 | $705.65 | $0.00 |
| 32a | Plumbers Local Union No. 93 U.A. Retirement Accoun | 7200-000 | NA | $5,583.55 | $5,583.55 | $0.00 |
| 33a | Plumbers Local Union No. 93 U.A. Health and Welfar | 7200-000 | NA | $13,378.71 | $13,378.71 | $0.00 |
| 34a | Plumbers Local Union No. 93 U.A. Pension Fund | 7200-000 | NA | $11,320.69 | $11,320.69 | $0.00 |
| 35 | Crestwood Associates LLC | 7200-000 | NA | $3,864.05 | $3,864.05 | $0.00 |
| 36 | Rainbow Refreshments Inc | 7200-000 | NA | $597.53 | $597.53 | $0.00 |
| 37 | Employers | 7200-000 | NA | $836,176.00 | $836,176.00 | $0.00 |

| | Mutual Casualty Company | | | | | |
|---|---|---|---|---|---|---|
| 38 | Crawford Supply Co | 7200-000 | NA | $4,972.46 | $4,972.46 | $0.00 |
| 39 | National Plumbing & Heating Supply Co | 7200-000 | NA | $617,079.42 | $617,079.42 | $0.00 |
| 40 | Columbia Pipe & Supply | 7200-000 | NA | $13,993.93 | $13,993.93 | $0.00 |
| 41 | Temperature Equipment Corporation | 7200-000 | NA | $71,442.19 | $71,442.19 | $0.00 |
| 44 | Mid American Water of Wauconda | 7200-000 | NA | $22,641.71 | $22,641.71 | $0.00 |
| 45 | Mid American Water of Wauconda | 7200-000 | NA | $187,675.54 | $187,675.54 | $0.00 |
| 46 | Sunset Logistic | 7200-000 | NA | $2,468.65 | $2,468.65 | $0.00 |
| 47 | Shirley Smith, 100&#037; Owner of Beneficial Interest o | 7200-000 | NA | $745,747.23 | $745,747.23 | $0.00 |
| 48 | United Parcel Service | 7200-000 | NA | $19.39 | $19.39 | $0.00 |
| 49a | Yale Smith | 7200-000 | NA | $119,050.00 | $119,050.00 | $0.00 |
| 50 | Yellow Book Sales & Distribution Inc | 7200-000 | NA | $183,409.50 | $183,409.50 | $0.00 |
| 51 | Blackman Kallick | 7200-000 | NA | $30,698.15 | $30,698.15 | $0.00 |
| 52 | M. Cooper Supply Co | 7200-000 | NA | $1,099,437.55 | $1,099,437.55 | $0.00 |
| 53 | Seyfarth Shaw LLP | 7200-000 | NA | $1,500.00 | $1,500.00 | $0.00 |
| | Shirley Smith | 7400-000 | $0.00 | $2,028.73 | $2,028.73 | $2,028.73 |
| | ADT Security | 7100-000 | $3,275.55 | NA | NA | $0.00 |
| | AFLAC | 7100-000 | $759.42 | NA | NA | $0.00 |
| | Airgas North Central | 7100-000 | $78.72 | NA | NA | $0.00 |
| | Alholm,Monahan, Klauke Hay | 7100-000 | $7,793.58 | NA | NA | $0.00 |
| | Anago Franchising | 7100-000 | $621.00 | NA | NA | $0.00 |
| | Armstrong Pro Auto Glass Corp | 7100-000 | $225.00 | NA | NA | $0.00 |
| 0 | Bank of America | 7100-000 | $93,304.73 | $0.00 | $93,304.73 | $93,304.73 |
| | Banner Plumbing | 7100-000 | $25,176.86 | NA | NA | $0.00 |
| | Blackman Kallick | 7100-000 | $4,626.24 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Barteistein | | | | | |
| Business 21 Publishing | 7100-000 | $349.00 | NA | NA | $0.00 |
| Cerdian Employer Services | 7100-000 | $10,178.79 | NA | NA | $0.00 |
| CIMCO Communications | 7100-000 | $4,367.25 | NA | NA | $0.00 |
| Columbia Pipe & Supply | 7100-000 | $23,685.81 | NA | NA | $0.00 |
| ComEd | 7100-000 | $3,515.95 | NA | NA | $0.00 |
| Condell Medical Center | 7100-000 | $2,181.00 | NA | NA | $0.00 |
| Connor Co | 7100-000 | $5,554.04 | NA | NA | $0.00 |
| Country Gas | 7100-000 | $108.99 | NA | NA | $0.00 |
| Crawford Supply | 7100-000 | $4,393.66 | NA | NA | $0.00 |
| Crestwood Assoc. | 7100-000 | $3,232.02 | NA | NA | $0.00 |
| DirectTV | 7100-000 | $34.95 | NA | NA | $0.00 |
| Dunn & Bradstreet | 7100-000 | $208.00 | NA | NA | $0.00 |
| ED Siebert Trucking Service | 7100-000 | $2,192.44 | NA | NA | $0.00 |
| Edward Don & Co. | 7100-000 | $72.75 | NA | NA | $0.00 |
| Elmhurst Memorial Hospital | 7100-000 | $994.68 | NA | NA | $0.00 |
| Emergency Healthcare Physicians | 7100-000 | $302.00 | NA | NA | $0.00 |
| Enterprise Fleet | 7100-000 | $61,183.81 | NA | NA | $0.00 |
| Excelsior Mfg. | 7100-000 | $4,027.66 | NA | NA | $0.00 |
| Falson Supply | 7100-000 | $736.82 | NA | NA | $0.00 |
| First Place Rental | 7100-000 | $42.10 | NA | NA | $0.00 |
| Flexible Benefits Services | 7100-000 | $157.50 | NA | NA | $0.00 |
| Greater Elgin Emergency | 7100-000 | $392.14 | NA | NA | $0.00 |
| Halloran & Yauch | 7100-000 | $497.61 | NA | NA | $0.00 |
| Hilti, Inc. | 7100-000 | $390.39 | NA | NA | $0.00 |
| Holiday Sewer & Water Const. | 7100-000 | $4,187.00 | NA | NA | $0.00 |
| Home Depot. | 7100-000 | $3,219.20 | NA | NA | $0.00 |
| HPL&S Inc. | 7100-000 | $1,440.50 | NA | NA | $0.00 |
| Illinois Paper Company | 7100-000 | $352.93 | NA | NA | $0.00 |
| Interstate Battery System | 7100-000 | $761.31 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| John Deere Credit | 7100-000 | $44,421.46 | NA | NA | $0.00 |
| Joyce Record Center | 7100-000 | $451.65 | NA | NA | $0.00 |
| Karing Dental Center | 7100-000 | $1,810.00 | NA | NA | $0.00 |
| Kishwaukee Corp. Health | 7100-000 | $560.51 | NA | NA | $0.00 |
| Lee Auto Parts | 7100-000 | $6.39 | NA | NA | $0.00 |
| Lyon Cordage Packaging | 7100-000 | $1,527.42 | NA | NA | $0.00 |
| M. Cooper Supply | 7100-000 | $345.38 | NA | NA | $0.00 |
| Merritt Credit Bureau, Inc. | 7100-000 | $8,375.00 | NA | NA | $0.00 |
| Michael Wagner & Sons | 7100-000 | $1,420,734.24 | NA | NA | $0.00 |
| Mid American Water of Wauconda | 7100-000 | $19,960.24 | NA | NA | $0.00 |
| Midwest Occupational Health | 7100-000 | $35.00 | NA | NA | $0.00 |
| Mobile Mini | 7100-000 | $145.73 | NA | NA | $0.00 |
| National Plumbing & Heating | 7100-000 | $531,103.98 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $3,506.15 | NA | NA | $0.00 |
| Northbrook Occupational | 7100-000 | $5,760.00 | NA | NA | $0.00 |
| Orkin Exterminating | 7100-000 | $240.76 | NA | NA | $0.00 |
| Penske Truck Leasing | 7100-000 | $22,678.50 | NA | NA | $0.00 |
| Pronto Refreshments Inc | 7100-000 | $297.53 | NA | NA | $0.00 |
| Schiff Hardin LLP | 7100-000 | $27,875.53 | NA | NA | $0.00 |
| Schulof Company | 7100-000 | $175,273.69 | NA | NA | $0.00 |
| Secure Tool & Fastner | 7100-000 | $2,065.00 | NA | NA | $0.00 |
| Sherman Benefit Manager | 7100-000 | $841.32 | NA | NA | $0.00 |
| Sprint | 7100-000 | $1,049.44 | NA | NA | $0.00 |
| Staples Business Advantage | 7100-000 | $224.79 | NA | NA | $0.00 |
| Sunset Logistic | 7100-000 | $2,468.65 | NA | NA | $0.00 |
| T-mobile | 7100-000 | $17,722.90 | NA | NA | $0.00 |
| Tebon's Gas Service | 7100-000 | $43.39 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Tebon's Gas Services | 7100-000 | $43.39 | NA | NA | $0.00 |
| Toshiba America Info. Sys. | 7100-000 | $5,068.07 | NA | NA | $0.00 |
| Toshiba Business Solutions | 7100-000 | $949.48 | NA | NA | $0.00 |
| United Office Systems | 7100-000 | $20.71 | NA | NA | $0.00 |
| United Parcel Service | 7100-000 | $19.39 | NA | NA | $0.00 |
| United Parcel Service | 7100-000 | $19.39 | NA | NA | $0.00 |
| United Parcel Service | 7100-000 | $19.39 | NA | NA | $0.00 |
| Veolia/Onyx | 7100-000 | $2,369.82 | NA | NA | $0.00 |
| Village of Northbrook | 7100-000 | $533.82 | NA | NA | $0.00 |
| Village of Worth | 7100-000 | $100.00 | NA | NA | $0.00 |
| Wainwright Building | 7100-000 | $643,734.52 | NA | NA | $0.00 |
| Walter Smith Estate | 7100-000 | $600,000.00 | NA | NA | $0.00 |
| West Suburban Eye Center | 7100-000 | $268.00 | NA | NA | $0.00 |
| Will County Medical Assoc. | 7100-000 | $626.00 | NA | NA | $0.00 |
| William Scotsman | 7100-000 | $3,226.29 | NA | NA | $0.00 |
| William Scotsman | 7100-000 | $3,226.29 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $4,686,549.73 | $11,972,982.04 | $12,066,286.77 | $95,333.46 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No.: | 08-32159-CAD |
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. |
| For the Period Ending: | 12/17/2012 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 11/24/2008 (f) |
| §341(a) Meeting Date: | 04/15/2009 |
| Claims Bar Date: | 05/03/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Insurance Refund Check/ West Field Insurance **(u)** | $93,304.73 | $93,304.73 | | $93,304.73 | FA |
| Asset Notes: | Check was never deposited in Trustee's account. Insurance Refund Check was paid directly to Bank of America - Per dpl 03/10/09 | | | | | |
| 2 | Vehicles Trailers/ All tangible personal propert | $0.00 | $207,000.00 | | $230,000.00 | FA |
| 3 | Rand-Tec Insurance Agency Inc/Refund **(u)** | $0.00 | $5,663.00 | | $5,663.00 | FA |
| Asset Notes: | May be subject to lien in favor of bank | | | | | |
| 4 | Destiny Health/Refund **(u)** | $0.00 | $16,044.06 | | $16,044.06 | FA |
| Asset Notes: | May be subject to lien in favor of bank | | | | | |
| 5 | COMED/Refund **(u)** | $0.00 | $1,119.78 | | $1,119.78 | FA |
| Asset Notes: | May be subject to lien in favor of bank | | | | | |
| 6 | Refunds | $0.00 | $2,484.34 | | $2,484.34 | FA |
| 7 | Fee for records | $0.00 | $20.00 | | $20.00 | FA |
| 8 | Banner Plumbing Supply Co., Inc | $6,929.53 | $6,929.53 | | $6,829.53 | FA |
| 9 | Blackman Kallick Preferential Payment **(u)** | $0.00 | $47,101.49 | | $30,698.15 | FA |
| 10 | 10-02378 Leibowitz v. ADT Security Services, Inc. f/k/a ADT Security Sys | $0.00 | $3,104.79 | | $1,000.00 | FA |
| 11 | 10-02379 Leibowitz v. Allen's Corner Garage & Towing Service, Inc | $0.00 | $2,000.00 | | $750.00 | FA |
| 12 | 10-02380 Leibowitz v. Cap Capital, Inc. d/b/a Cimco Communications, Inc | $0.00 | $2,126.28 | | $850.51 | FA |
| 13 | 10-02382 Leibowitz v. Enterprise Fleet Management, LLC et al | $0.00 | $26,361.82 | | $0.00 | FA |
| 14 | 10-02383 Leibowitz v. Ferguson Enterprises, Inc | $0.00 | $20,309.60 | | $0.00 | FA |
| 15 | 10-02384 Leibowitz v. Goode Industries, Inc. d/b/a M. Cooper Supply | $0.00 | $37,387.63 | | $8,000.00 | FA |
| 16 | 10-02385 Leibowitz v. Secure Tool & Fasteners, Co et al | $0.00 | $2,226.63 | | $0.00 | FA |
| 17 | 10-02386 Leibowitz v. Seyfarth Shaw LLP | $0.00 | $4,057.50 | | $1,500.00 | FA |
| 18 | 10-02388 Leibowitz v. Michael Wagner & Sons, Inc | $0.00 | $5,043.20 | | $0.00 | FA |
| 19 | 10-02390 Leibowitz v. Williams Scotsman, Inc | $0.00 | $2,681.26 | | $1,200.00 | FA |
| 20 | AXA Equitable Life Insurance Company | $0.00 | $53,541.34 | | $55,993.28 | FA |
| INT | Interest Earned **(u)** | Unknown | Unknown | | $40.33 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No.: | 08-32159-CAD | Trustee Name: | David Leibowitz |
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Date Filed (f) or Converted (c): | 11/24/2008 (f) |
| For the Period Ending: | 12/17/2012 | §341(a) Meeting Date: | 04/15/2009 |
|  |  | Claims Bar Date: | 05/03/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

|  |  |  |  | Gross Value of Remaining Assets |  |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) |  |  |  |  |  |
|  | $100,234.26 | $538,506.98 |  | $455,497.71 | $0.00 |

**Major Activities affecting case closing:**

To employ Jim Babowice -09/29/09

Last preference almost completed - Tax return and then TFR hopefully by end of year.

Inquiring as to tax status.

| Initial Projected Date Of Final Report (TFR): | 01/30/2011 |
| Current Projected Date Of Final Report (TFR): | 10/31/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-32159-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******5730 | **Money Market Acct #:** ******7565 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 11/24/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account *******7565 | 9999-000 | $27,694.87 | | $27,694.87 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.32 | | $27,696.19 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.65 | | $27,697.84 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $1.17 | | $27,699.01 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $27,699.01 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $27,699.01 | $27,699.01 | $0.00 |
| **Less: Bank transfers/CDs** | $27,694.87 | $27,699.01 | |
| **Subtotal** | $4.14 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4.14 | $0.00 | |

**For the period of 11/24/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4.14 |
| Total Internal/Transfer Receipts: | $27,694.87 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $27,699.01 |

**For the entire history of the account between 04/06/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4.14 |
| Total Internal/Transfer Receipts: | $27,694.87 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $27,699.01 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 08-32159-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Checking Acct #: | ******7566 |
| Primary Taxpayer ID #: | ******5730 | | Account Title: | Checking Account |
| Co-Debtor Taxpayer ID #: | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Beginning: | 11/24/2008 | | Separate bond (if applicable): | |
| For Period Ending: | 12/17/2012 | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********7566 | 9999-000 | $645.41 | | $645.41 |
| 05/14/2010 | 10103 | Crestwood Associates, L.L.C. | Computer Consultant's - Invoice No. 0020795 | 3731-000 | | $375.00 | $270.41 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $270.41 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTALS: | | | $645.41 | $645.41 | $0.00 |
| | | Less: Bank transfers/CDs | | | $645.41 | $270.41 | |
| | | Subtotal | | | $0.00 | $375.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $375.00 | |

**For the period of 11/24/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $645.41 |
| | |
| Total Compensable Disbursements: | $375.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $375.00 |
| Total Internal/Transfer Disbursements: | $270.41 |

**For the entire history of the account between 04/06/2010 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $645.41 |
| | |
| Total Compensable Disbursements: | $375.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $375.00 |
| Total Internal/Transfer Disbursements: | $270.41 |

FORM 2

Page No: 3

Case 08-32159   Doc 181   Filed 12/18/12   Entered 12/18/12 12:26:08   Desc Main
Document   Page 16 of 25

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No.: | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5730 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $56,356.46 | | $56,356.46 |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $270.41 | | $56,626.87 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $17.69 | $56,609.18 |
| 07/08/2011 | (17) | SEYFARTH SHAW, LLC | Settlement payment. | 1141-000 | $1,500.00 | | $58,109.18 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $81.12 | $58,028.06 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $93.63 | $57,934.43 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $96.50 | $57,837.93 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $87.31 | $57,750.62 |
| 11/07/2011 | (20) | AXA Equitable Life Insurance Company | life Insurance Cash value. | 1129-000 | $53,541.34 | | $111,291.96 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $151.50 | $111,140.46 |
| 12/01/2011 | (15) | M. Cooper Supply | Settlement | 1141-000 | $8,000.00 | | $119,140.46 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $191.84 | $118,948.62 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $191.94 | $118,756.68 |
| 02/16/2012 | 5001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $92.41 | $118,664.27 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $179.25 | $118,485.02 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $197.36 | $118,287.66 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $178.56 | $118,109.10 |
| 05/01/2012 | 5002 | Illinois Department of Revenue | 2011 Amended Illinois Corporation Income and Replacement Tax Return. | 2820-000 | | $20,076.00 | $98,033.10 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $190.59 | $97,842.51 |
| 08/29/2012 | 5003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $25,790.73 | $72,051.78 |
| 08/29/2012 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $8.26 | $72,043.52 |
| 08/29/2012 | 5005 | Lakelaw | Claim #: ; Amount Claimed: 40,801.25; Amount Allowed: 38,801.25; Distribution Dividend: 99.57; | 3110-000 | | $38,634.14 | $33,409.38 |
| 08/29/2012 | 5006 | Lakelaw | Claim #: ; Amount Claimed: 600.36; Amount Allowed: 600.36; Distribution Dividend: 99.57; | 3120-000 | | $597.77 | $32,811.61 |
| 08/29/2012 | 5007 | Alan D. Lasko & Alan D. Lasko & Associates, PC | Claim #: ; Amount Claimed: 32,720.54; Amount Allowed: 32,720.54; Distribution Dividend: 99.57; | 3410-000 | | $32,579.63 | $231.98 |
| 08/29/2012 | 5008 | Alan D. Lasko & Alan D. Lasko & Associates, PC | Claim #: ; Amount Allowed: 232.98; Distribution Dividend: 99.57; | 3420-000 | | $231.98 | $0.00 |
| 10/12/2012 | (20) | Axa Equitable | Refund | 1129-000 | $2,451.94 | | $2,451.94 |
| 10/16/2012 | 5009 | Alan D. Lasko & Alan D. Lasko & Associates, PC | | 3410-000 | | $140.91 | $2,311.03 |
| 10/16/2012 | 5010 | Alan D. Lasko & Alan D. Lasko & Associates, PC | | 3420-000 | | $1.00 | $2,310.03 |
| 10/16/2012 | 5011 | Lakelaw | | 3110-000 | | $167.11 | $2,142.92 |
| 10/16/2012 | 5012 | Lakelaw | | 3120-000 | | $2.59 | $2,140.33 |
| 10/16/2012 | 5013 | David Leibowitz | | 2100-000 | | $111.56 | $2,028.77 |
| | | | **SUBTOTALS** | | $122,120.15 | $120,091.38 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Document       Page 17 of 25

| | | |
|---|---|---|
| **Case No.** | 08-32159-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******5730 | **Checking Acct #:** ******5901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 11/24/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/16/2012 | 5014 | David P. Leibowitz | | 2200-000 | | $0.04 | $2,028.73 |
| 10/16/2012 | 5015 | Yale Smith | Landlord Claim per Court Order Dkt# 83 | 5800-000 | | $2,028.73 | $0.00 |
| 10/16/2012 | 5015 | VOID: Yale Smith | | 5800-003 | | ($2,028.73) | $2,028.73 |
| 10/16/2012 | 5016 | Shirley Smith | Pursuant to Court Order Dkt # 83 | 7400-000 | | $2,028.73 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $122,120.15 | $122,120.15 | $0.00 |
| **Less: Bank transfers/CDs** | $56,626.87 | $0.00 | |
| **Subtotal** | $65,493.28 | $122,120.15 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $65,493.28 | $122,120.15 | |

**For the period of  11/24/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,493.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,493.28 |
| Total Internal/Transfer Receipts: | $56,626.87 |
| | |
| Total Compensable Disbursements: | $122,120.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $122,120.15 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,493.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,493.28 |
| Total Internal/Transfer Receipts: | $56,626.87 |
| | |
| Total Compensable Disbursements: | $122,120.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $122,120.15 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 5
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Case 08-32159   Doc 181   Filed 12/18/12   Entered 12/18/12 12:26:08   Desc Main
Document      Page 18 of 25

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******7565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/30/2009 | (2) | Auction Specialist | 10% of the purchase price | 1129-000 | $23,000.00 | | $23,000.00 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.03 | $22,999.97 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.03) | $23,000.00 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond Premium | 2300-000 | | $19.90 | $22,980.10 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-32159, 2009 Blanket Bond Premium | 2300-003 | | ($19.90) | $23,000.00 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.78 | | $23,000.78 |
| 03/09/2009 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-32159 | 2300-000 | | $28.74 | $22,972.04 |
| 03/12/2009 | | West Field Insurance | Insurance Refund Check Policy No. WCP4079570 | * | | | $22,972.04 |
| | {1} | | Insurance Refund Check          $93,304.73 | 1290-000 | | | $22,972.04 |
| | | | Bank of America Per DPL      $(93,304.73) | 7100-000 | | | $22,972.04 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.00 | | $22,973.04 |
| 03/31/2009 | | Chase | Withholding | 2810-000 | | $0.28 | $22,972.76 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.93 | | $22,973.69 |
| 05/18/2009 | (2) | Auction Specialists | payment for Vehicles Trailers/ All tangible personal property per dpl | 1129-000 | $207,000.00 | | $229,973.69 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.72 | | $229,977.41 |
| 06/01/2009 | 1004 | CNH Capital | To release interest in KX121-3 -Kubota Excavator Ser#20418 | 4210-000 | | $12,306.03 | $217,671.38 |
| 06/03/2009 | 1005 | Bank of America | Per court order /entered on 4/23/2009 | 4210-000 | | $210,810.11 | $6,861.27 |
| 06/22/2009 | | To Account #********7566 | To cut checks per David's instructions | 9999-000 | | $2,000.00 | $4,861.27 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.16 | | $4,863.43 |
| | | | **SUBTOTALS** | | $230,008.59 | $225,145.16 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******7565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,863.63 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,863.83 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $4,864.02 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $4,864.21 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,864.41 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,864.61 |
| 01/04/2010 | (3) | RAND-TEC INSURANCE AGENCY INC | 15840 KEYST-5 REFUND | 1290-000 | $50.00 | | $4,914.61 |
| 01/04/2010 | (3) | RAND-TEC INSURANCE AGENCY INC | 15841 KEYST-1 REFUND | 1290-000 | $5,613.00 | | $10,527.61 |
| 01/04/2010 | (4) | Destiny Health, Inc | REF. 101000-HRA | 1290-000 | $16,044.06 | | $26,571.67 |
| 01/04/2010 | (5) | Comed | Refund. | 1290-000 | $1,119.78 | | $27,691.45 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.95 | | $27,692.40 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.05 | | $27,693.45 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.24 | | $27,694.69 |
| 04/06/2010 | | Wire out to BNYM account ********7565 | Wire out to BNYM account ********7565 | 9999-000 | ($27,694.87) | | ($0.18) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.18 | | $0.00 |
| | | | SUBTOTALS | | ($4,863.43) | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-32159-CAD | |
| **Case Name:** | KEYSTONE MECHANICAL INDUSTRIES INC. | |
| | | |
| **Primary Taxpayer ID #:** | ******5730 | |
| **Co-Debtor Taxpayer ID #:** | | |
| | | |
| **For Period Beginning:** | 11/24/2008 | |
| **For Period Ending:** | 12/17/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******7565 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|
| **TOTALS:** | $225,145.16 | $225,145.16 | $0.00 |
| **Less: Bank transfers/CDs** | ($27,694.87) | $2,000.00 | |
| **Subtotal** | $252,840.03 | $223,145.16 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $252,840.03 | $223,145.16 | |

**For the period of 11/24/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $346,144.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $346,144.76 |
| Total Internal/Transfer Receipts: | ($27,694.87) |
| | |
| Total Compensable Disbursements: | $316,449.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $316,449.89 |
| Total Internal/Transfer  Disbursements: | $2,000.00 |

**For the entire history of the account between 01/30/2009 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $346,144.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $346,144.76 |
| Total Internal/Transfer Receipts: | ($27,694.87) |
| | |
| Total Compensable Disbursements: | $316,449.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $316,449.89 |
| Total Internal/Transfer  Disbursements: | $2,000.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5730 | Checking Acct #: | ******7566 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2009 | | From Account #********7565 | To cut checks per David's instructions | 9999-000 | $2,000.00 | | $2,000.00 |
| 06/22/2009 | 101 | Joyce Record Center, Inc | Storage for keystone Inventory | 2410-000 | | $150.55 | $1,849.45 |
| 07/09/2009 | 102 | Joyce Records Center | Storage - past due for Keystone- okay to pay DPL | 2410-000 | | $1,204.04 | $645.41 |
| 04/06/2010 | | Wire out to BNYM account ********7566 | Wire out to BNYM account ********7566 | 9999-000 | ($645.41) | | $0.00 |
| | | TOTALS: | | | $1,354.59 | $1,354.59 | $0.00 |
| | | Less: Bank transfers/CDs | | | $1,354.59 | $0.00 | |
| | | Subtotal | | | $0.00 | $1,354.59 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $1,354.59 | |

| For the period of 11/24/2008 to 12/17/2012 | | For the entire history of the account between 06/22/2009 to 12/17/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,354.59 | Total Internal/Transfer Receipts: | $1,354.59 |
| | | | |
| Total Compensable Disbursements: | $1,354.59 | Total Compensable Disbursements: | $1,354.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,354.59 | Total Comp/Non Comp Disbursements: | $1,354.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | Checking Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $270.41 | | $270.41 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $270.41 | $0.00 |
| | | | **TOTALS:** | | $270.41 | $270.41 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $270.41 | $270.41 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 11/24/2008 to 12/17/2012 | | For the entire history of the account between 06/25/2010 to 12/17/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $270.41 | Total Internal/Transfer Receipts: | $270.41 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $270.41 | Total Internal/Transfer Disbursements: | $270.41 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | | Money Market Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/24/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $27,699.01 | | $27,699.01 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.23 | | $27,699.24 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.18 | | $27,700.42 |
| 08/30/2010 | (6) | RAND - TEC INSURANCE AGENCY | Refund from Rand - Tec Insurance | 1110-000 | $1,801.00 | | $29,501.42 |
| 08/30/2010 | (6) | WESTFIELD INSURANCE | REFUND FROM WESTFIELD INSURANCE | 1110-000 | $433.34 | | $29,934.76 |
| 08/30/2010 | (6) | THE CITY OF LAKE FOREST, ILLINOIS | REFUND FROM THE CITY OF LAKE FOREST | 1110-000 | $250.00 | | $30,184.76 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.18 | | $30,185.94 |
| 09/01/2010 | (7) | Record Copy Services | Fee from Record Copy Services | 1290-000 | $20.00 | | $30,205.94 |
| 09/14/2010 | (8) | Banner Plumbing Supply Co., Inc | Preferential payment - | 1141-000 | $6,829.53 | | $37,035.47 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.38 | | $37,036.85 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.57 | | $37,038.42 |
| 11/23/2010 | 3000 | Office of the Clerk United States Bankruptcy Court | Adversary Filing Fees | 2700-000 | | $2,500.00 | $34,538.42 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.52 | | $34,539.94 |
| 12/01/2010 | (9) | Blackman Kallick | Preferential payment | 1241-000 | $30,698.15 | | $65,238.09 |
| 12/22/2010 | 3001 | Bank of America | Payment to Unsecured Claim per Court order entered on 12/07/2010. Dtk. # 128 | 7100-000 | | $12,655.59 | $52,582.50 |
| 12/22/2010 | 3001 | VOID: Bank of America | Check Voided | 7100-003 | | ($12,655.59) | $65,238.09 |
| 12/22/2010 | 3002 | Bank of America | Payment to Claim per Court order entered on 12/07/2010. Dkt. #128 | 8500-000 | | $12,655.59 | $52,582.50 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.52 | | $52,585.02 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.39 | | $52,587.41 |
| 02/04/2011 | 3003 | International Sureties, Ltd | Bond Payment | 2300-000 | | $42.49 | $52,544.92 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.02 | | $52,546.94 |
| 03/08/2011 | (12) | Cap Capital Inc | Payment per Settlement Agreement. | 1141-000 | $850.51 | | $53,397.45 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.26 | | $53,399.71 |
| 04/04/2011 | (10) | ADT Security Services, Inc. | settlement payment | 1141-000 | $1,000.00 | | $54,399.71 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.23 | | $54,401.94 |
| 05/05/2011 | (19) | Williams Scotsman, Inc | Settlement | 1141-000 | $1,200.00 | | $55,601.94 |
| 05/16/2011 | (11) | Ted Tegtman & Jane Tegtman | Settlement payment. | 1141-000 | $750.00 | | $56,351.94 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.36 | | $56,354.30 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $2.16 | | $56,356.46 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $56,356.46 | $0.00 |
| | | | **SUBTOTALS** | | $71,554.54 | $71,554.54 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 08-32159-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | | Money Market Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 11/24/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $71,554.54 | $71,554.54 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $27,699.01 | $56,356.46 | |
| | | | **Subtotal** | | $43,855.53 | $15,198.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $43,855.53 | $15,198.08 | |

| For the period of 11/24/2008 to 12/17/2012 | | For the entire history of the account between 06/25/2010 to 12/17/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $43,855.53 | Total Compensable Receipts: | $43,855.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $43,855.53 | Total Comp/Non Comp Receipts: | $43,855.53 |
| Total Internal/Transfer Receipts: | $27,699.01 | Total Internal/Transfer Receipts: | $27,699.01 |
| | | | |
| Total Compensable Disbursements: | $15,198.08 | Total Compensable Disbursements: | $15,198.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,198.08 | Total Comp/Non Comp Disbursements: | $15,198.08 |
| Total Internal/Transfer Disbursements: | $56,356.46 | Total Internal/Transfer Disbursements: | $56,356.46 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32159-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KEYSTONE MECHANICAL INDUSTRIES INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5730 | Money Market Acct #: | ******2159 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/24/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $362,192.98 | $362,192.98 | $0.00 |

**For the period of 11/24/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $455,497.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $455,497.71 |
| Total Internal/Transfer Receipts: | $86,596.29 |
| | |
| Total Compensable Disbursements: | $455,497.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $455,497.71 |
| Total Internal/Transfer Disbursements: | $86,596.29 |

**For the entire history of the case between 11/24/2008 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $455,497.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $455,497.71 |
| Total Internal/Transfer Receipts: | $86,596.29 |
| | |
| Total Compensable Disbursements: | $455,497.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $455,497.71 |
| Total Internal/Transfer Disbursements: | $86,596.29 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ